## Commonwealth *v.* Rought, Appellant.

754

Submitted March 15, 1971. *James A. Oliver,* for appellant; *James E. Davis,* District Attorney, for Commonwealth, appellee.

Order affirmed.